USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 1:24-cr-122-MKV |
| LARRY PANKEY | SCHEDULING ORDER |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

On July 17, 2024 the Court conducted a status conference.  As discussed at the conference, IT IS HEREBY ORDERED that trial in this matter is scheduled for **November 19, 2024 through November 22, 2024**.  This is a firm trial date, and the Court will not accept delays.  The trial will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.  Any request by any party to test courtroom technology prior to the proceeding should be filed five days in advance of the trial.

The parties shall file any **motions *in limine* by September 13, 2024**.  Oppositions shall be due **September 27, 2024**.  Replies shall be due **October 4, 2024**.  The parties shall file all other pretrial submissions, in accordance with the Court's Individual Rules of Practice in Criminal Cases, by **October 4, 2024**.

The Court will hold a final pretrial conference on **November 6, 2024 at 2:00 PM**.

On the application of the Government, and without objection by the Defendant, it is HEREBY ORDERED that, in the interest of justice, all time from today through November 19, 2024, is excluded under the Speedy Trial Act.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow the parties to prepare this case for trial and will allow the parties, should they

wish to do so, to confer about potential pretrial disposition of the charges.  Defendant consents to the exclusion of time.


**SO ORDERED.**

**Date:  July 17, 2024**                                    **MARY KAY VYSKOCIL**
      **New York, NY**                                 **United States District Judge**